UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Hartford Fire Insurance Company
                                    Plaintiff,

v.                                             Case No.: 1:21−cv−05887
                                                       Honorable Thomas M. Durkin

Medline Industries, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Per Medline's Submission Regarding Attorneys' Fees R. [39], Hartford has agreed to reimburse Medline a total of $17,912.20, corresponding to attorneys' fees reasonably incurred for work performed by Medline's attorneys after February 10, 2022 and associated with Medline's Rule 12(b)(1) Motion to Dismiss and its Response to Hartford's Opposed Motion for Voluntary Dismissal. The Court finds this amount reasonable and necessary, and now orders Hartford to pay this amount to Medline within thirty (30) days. Because Hartford's agreement to pay satisfies the condition imposed by the Court's prior order R. [38], the Court now dismisses this case without prejudice. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.